[No. 31644-7-II. Division Two. June 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY JOHN KNUTZEN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-01216-3, Anna M. Laurie, J., entered April 7, 2004. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 31961-6-II. Division Two. June 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD M. ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 98-1-00140-2, James B. Sawyer II, J., entered June 15, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Van Deren, JJ.

[No. 31967-5-II. Division Two. June 7, 2005.]

*In the Matter of the Detention of* KEVIN R. HEWSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 99-2-01241-7, F. Mark McCauley, J., entered June 28, 2004. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 21636-5-III. Division Three. June 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN LLOYD ATENCIO, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00147-1, Vic L. VanderSchoor, J., entered June 27, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Schultheis, J.